IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL J. COHEN, *etc.*, | ) |
| Plaintiff(s), | ) 2:11-cv-771-RLH-PAL |
| vs. | ) |
| | ) **SETTLEMENT CONFERENCE** |
| WILLIAM M. PAUL, *etc., et al.*, | ) |
| | ) **ORDER** |
| Defendant(s), | ) |

    This case is currently stacked on the calendar of _____APRIL 23, 2012_____ for a bench trial.

    ACCORDINGLY, IT IS ORDERED that this case is hereby referred to Magistrate Judge ___PEGGY A. LEEN___ for a settlement conference.

DATED this __15th__ day of __February__, __2012__.

_____
ROGER L. HUNT
UNITED STATES DISTRICT JUDGE