IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL J. COHEN, *etc.*,  Plaintiff(s),  vs.  WILLIAM M. PAUL, *etc., et al.*,  Defendant(s), | 2:11-cv-771-RLH-PAL  **SETTLEMENT CONFERENCE ORDER** |

This case is currently stacked on the calendar of    APRIL 23, 2012    for a bench trial.

ACCORDINGLY, IT IS ORDERED that this case is hereby referred to Magistrate Judge    PEGGY A. LEEN    for a settlement conference.

DATED this  15th  day of  February ,  2012 .

ROGER L. HUNT
UNITED STATES DISTRICT JUDGE