# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MITCHELL J. COHEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-00771-RLH-PAL |
| | ) | **AMENDED** |
| vs. | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| WILLIAM M. PAUL, | ) | DATED: March 8, 2012 |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

LAW CLERK: Elizabeth A. Jones          RECORDER/TAPE #   None

COUNSEL FOR PLAINTIFF: Ryan R. West

COUNSEL FOR DEFENDANTS: Jeffrey R. Albregts

PROCEEDING: Settlement Conference

The court conducted a settlement conference commencing at 1:36 p.m., and concluding at 4:08 p.m.  Plaintiff Mitchell Cohen and Defendant William M. Paul were present.  The court heard presentations from counsel and from each of the parties and met individually with both sides.  The parties reached a settlement in the amount of $45,000.00, which Defendant will pay on or before March 31, 2012 in return for a dismissal of all claims and counterclaims and with each side to bear its own costs and attorney's fees.

**IT IS ORDERED** that a telephonic status hearing with counsel is scheduled for **4:30 p.m., Wednesday, April 4, 2012,** in the chambers of the undersigned.  If dismissal papers have been electronically filed with the court, the hearing will be automatically vacated.  If a telephonic status hearing is required, counsel for Plaintiff shall initiate the call.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE