JEFFREY R. ALBREGTS, ESQ./NBN 0066
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:	702/791-0308
Facsimile:	702/791-1912
jalbregts@nevadafirm.com

*Attorneys for Defendants/Counterclaimant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MITCHELL J. COHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM M. PAUL, an individual; CAR SHARE CLUBS OF AMERICA, LLC, a Nevada limited liability company; and DOES I-X,<br><br>Defendant.<br><br>CAR SHARE CLUBS OF AMERICA, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>MITCHELL J. COHEN,<br><br>Counterdefendant. | CASE NO: 2:11-cv-00771-RLH-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

These parties, by and through their undersigned counsel of record, hereby stipulate that the above-captioned action is hereby dismissed with prejudice in its entirety, each party to bear their own attorney's fees and costs of suit incurred herein.

/ / /

/ / /

09231-01/863695

Furthermore, the trial that has been set in this matter for April 23, 2012, may be vacated.

Dated this 30th day of March, 2012.

| | |
|---|---|
| CORVUS LAW GROUP, LLC | SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| /s/ Ryan R. West | /s/ Jeffrey R. |
| RYAN R. WEST, ESQ.<br>Nevada Bar No. 8721<br>9980 West Flamingo Road<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff/Counterdefendant* | JEFFREY R. _____, ESQ.<br>Nevada Bar No. 0066<br>400 South Fourth Street<br>Third Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant/Counterclaimant* |

## ORDER

UPON STIPULATION OF THESE PARTIES, and therefore good cause appearing, it is hereby

ORDERED, ADJUDGED and DECREED that the above-captioned case is dismissed with prejudice in its entirety, each party to bear their own fees and costs, and it is further

ORDERED, ADJUDGED and DECREED that the trial currently set in this matter for April 23, 2012 is hereby VACATED.

DATED this 2nd day of April, 2012.

Submitted by:

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

_____
JEFFREY R. _____, ESQ./NBN 0066
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
*Attorneys for Defendant/Counterclaimant*

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE

09231-01/863695